UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| MARY SOWERS, as personal representative of the ESTATE OF CHARLES SOWERS, | ) ) ) ) | |
| Plaintiff, | ) ) | 3:09 C 11829 Hon. Marvin E. Aspen |
| v. | ) ) | |
| R.J. REYNOLDS TOBACCO CO., et. al, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Our previous order scheduling the final pretrial conference for 9:30 a.m. on February 2, 2015, is modified as follows: the final pretrial conference will commence at 9:00 a.m. on February 2, 2015, jury selection will begin at 10:00 a.m. that morning, and the parties should be prepared to put on their first witnesses that afternoon.

In the parties' joint pretrial order, Plaintiff requested nine days for trial and Defendants requested 18 hours of trial presentation per side. (Dkt. 34 at 35.) Consistent with past *Engle* trials, the parties will have a time limit of 18 hours per side for witness testimony. In addition, each of the three parties will have thirty minutes for opening statements. Plaintiff will have forty-five minutes for her closing statement and may reserve up to fifteen minutes of that time for rebuttal. Defendants will have sixty minutes for their closing statements jointly, which they may allocate between themselves at their discretion.

1

SO ORDERED:

_(signature: Marvin E. Aspen)_

———————————————
Marvin E. Aspen
United States District Judge

Dated: January 5, 2015
      Chicago, Illinois